**Official Form 1 (04/10)**

| United States Bankruptcy Court<br>DISTRICT OF **SOUTH CAROLINA** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Carolina Park Associates, LLC, a Delaware LLC** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**NONE** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) Complete EIN (if more than one, state all): **03-0434231** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**c/o Republic Land Development**<br>**10340 Democracy Lane, Ste 101**<br>**Fairfax VA**    ZIPCODE **22030** | Street Address of Joint Debtor (No. and Street, City, and State):    ZIPCODE |
| County of Residence or of the Principal Place of Business: **Fairfax** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**SAME**    ZIPCODE | Mailing Address of Joint Debtor (if different from street address):    ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **, Mount Pleasant SC**    ZIPCODE **29466** | |

**Type of Debtor** (Form of organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [X] Other **Land investment & development**

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [X] Debts are primarily business debts.

**Chapter 11 Debtors:**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [X] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**    THIS SPACE IS FOR COURT USE ONLY
- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| [X] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

**Estimated Assets**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [X] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

**Estimated Liabilities**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [X] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): *Carolina Park Associates, LLC, a Delaware LLC* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: *NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: *NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) ☒ Exhibit A is attached and made a part of this petition | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). X _____  *05/17/2010* Signature of Attorney for Debtor(s)    Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (04/10) — FORM B1, Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Carolina Park Associates, LLC, a Delaware LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

05/17/2010
(Date)

### Signature of Attorney*

X *[signed]*
Signature of Attorney for Debtor(s)

R. Geoffrey Levy 2666
Printed Name of Attorney for Debtor(s)

Levy Law Firm, LLC
Firm Name

2300 Wayne Street
Address

Columbia SC 29201

803-256-4693
Telephone Number

05/17/2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signed]*
Signature of Authorized Individual

David L. Peter
Printed Name of Authorized Individual

Manager of Republic Charleston, LLC, Its Managing Member
Title of Authorized Individual

05/17/2010
Date

Rule 2016(b) (8/91)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

In re *Carolina Park Associates, LLC, a Delaware LLC*       Case No.
                                                             Chapter *11*

_____ / Debtor

Attorney for Debtor:   *R. Geoffrey Levy*

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case .................................... $ *100,000.00*
   b) Prior to the filing of this statement, debtor(s) have paid .............. $ *100,000.00*
   c) The unpaid balance due and payable is .......................... $ *0.00*

3. $ *1,039.00* of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   *Attorney fee was paid by Carolina Park Associates, LLC.*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *$400.00 per hour as approved by the Court.*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   *None*

Dated: *05/17/2010*           Respectfully submitted,

                              X_____
                              Attorney for Petitioner: *R. Geoffrey Levy*
                              *Levy Law Firm, LLC*
                              *2300 Wayne Street*
                              *Columbia SC   29201*

                              *803-256-4693*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 10- |
| | ) | |
| Carolina Park, LLC, | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, David L. Peter, declare under penalty of perjury that I am Manager of Carolina Park Associates, and that the following resolution was adopted by the Members of this Limited Liability Company.

"Whereas, it is in the best interest of this Limited Liability Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that David L. Peter, Manager of this Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Limited Liability Company; and

Be It Further Resolved, that David L. Peter, Manager of this Limited Liability Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Company, and to otherwise do and perform all acts and deed and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be It Further Resolved that David L. Peter, Manager of this Limited Liability Company, is authorized and directed to employ R. Geoffrey Levy, attorney and Levy Law Firm, LLC to represent the Limited Liability Company in such bankruptcy case."

Executed on: May 17, 2010        Signed: _____
                                 Carolina Park Associates, LLC
                                 By: Its Managing Member
                                 Republic-Charleston, LLC
                                 David L. Peter
                                 Manager

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

In re *Carolina Park Associates, LLC,*
*a Delaware LLC*

Case No.
Chapter *11*

_____ / Debtor

Attorney for Debtor: *R. Geoffrey Levy*

## LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security | Number of Shares | Class of Shares, Kind of Interest |
|---|---|---|---|
| *1* | *MDC of Charleston, LLC*<br>*155 Flyway Drive*<br>*Johns Island SC 29455* | | *50 % ownership* |
| *2* | *Republic-Charleston, LLC*<br>*10340 Democracy Lane*<br>*Suite 101*<br>*Fairfax VA 22030* | | *50 % ownership* |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Page *1* of *2*

# LIST OF EQUITY SECURITY HOLDERS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, _David L. Peter_, _Manager_ of the _Limited Liability Company_ named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that they are true and correct to the best of my knowledge, information and belief.

Date: _MAY 17, 2010_

Signature: _[signed]_
Name: _David L. Peter_
Title: _Manager_

Carolina Park Associates, LLC
By: Its Managing Partner
    Republic-Charleston, LLC

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

In re *Carolina Park Associates, LLC*  
*a Delaware LLC*  
,  
Debtor(s)

Case No.  
Chapter *11*

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>MDC of Charleston, LLC<br>155 Flyway Drive<br>Johns Island SC  29455 | Phone: 843-768-3673<br>MDC of Charleston, LLC<br>155 Flyway Drive<br>Johns Island SC  29455 | | | $ 2,571,810.01 |
| 2<br>Town of Mt. Pleasant, SC<br>100 Ann Edwards Lane<br>Mount Pleasant SC  29465 | Phone: 843-856-2504<br>Town of Mt. Pleasant, SC<br>100 Ann Edwards Lane<br>Mount Pleasant SC  29465 | | | $ 500,000.00 |
| 3<br>Seamon, Whiteside & Assoc Inc.<br>501 Wando Park Blvd.<br>Suite 200<br>Mount Pleasant SC 29464-7849 | Phone: 843-884-1667<br>Seamon, Whiteside & Assoc Inc.<br>501 Wando Park Blvd.<br>Suite 200<br>Mount Pleasant SC 29464-7849 | | | $ 281,398.61 |
| 4<br>Republic Land Development, LLC<br>10340 Democracy Lane<br>Suite 101<br>Fairfax VA  22030 | Phone: 703-537-3160<br>Republic Land Development, LLC<br>10340 Democracy Lane<br>Suite 101<br>Fairfax VA  22030 | | | $ 245,135.56 |
| 5<br>Roper St. Francis Mt. Pleasant Hospital<br>2095 Henry Tecklenburg<br>Charleston SC  29414 | Phone: 843-402-1557<br>Roper St. Francis Mt. Pleasant Hospital<br>2095 Henry Tecklenburg<br>Charleston SC  29414 | | | $ 207,934.25 |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Republic Charleston, LLC<br>10340 Democracy Lane<br>Fairfax VA   22030 | Phone: 703-537-3160<br>Republic Charleston, LLC<br>10340 Democracy Lane<br>Fairfax VA   22030 | | | $ 154,125.05 |
| 7<br>McNair Law Firm, PA<br>100 Calhoun Street<br>Charleston SC   29401 | Phone: 843-723-7831<br>McNair Law Firm, PA<br>100 Calhoun Street<br>Charleston SC   29401 | | | $ 106,542.92 |
| 8<br>Law Office of Joel J. Goldberg<br>2916 Albemarle St. NW<br>Washington DC   20008 | Phone: 202-363-2350<br>Law Office of Joel J. Goldberg<br>2916 Albemarle St. NW<br>Washington DC   20008 | | | $ 57,080.00 |
| 9<br>Rawle-Murdy Associates, Inc.<br>PO Box 1117<br>Charleston SC   29402-1117 | Phone: 843-577-7327<br>Rawle-Murdy Associates, Inc.<br>PO Box 1117<br>Charleston SC   29402-1117 | | | $ 39,475.35 |
| 10<br>East Cooper Community Outreach<br>1145 Six Mile Rd.<br>Mount Pleasant SC   29466 | Phone: 843-849-9220<br>East Cooper Community Outreach<br>1145 Six Mile Rd.<br>Mount Pleasant SC   29466 | | | $ 20,000.00 |
| 11<br>The Greenery of Charleston<br>489 Deanna Lane<br>Charleston SC   29492 | Phone: 843-884-0084<br>The Greenery of Charleston<br>489 Deanna Lane<br>Charleston SC   29492 | | | $ 17,509.39 |
| 12<br>Carolina One Real Estate<br>4390 Belle Oaks Drive<br>Suite 100<br>North Charleston SC   29405 | Phone: 843-202-2050<br>Carolina One Real Estate<br>4390 Belle Oaks Drive<br>Suite 100<br>North Charleston SC   29405 | | | $ 15,711.56 |

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 13<br>Site Signatures, Inc.<br>300 Corbet Street<br>#200<br>Tarentum PA   15084 | Phone: 724-224-1997<br>Site Signatures, Inc.<br>300 Corbet Street<br>#200<br>Tarentum PA   15084 | | | $ 13,334.42 |
| 14<br>Roper St. Francis Foundation<br>69 Barre Street<br>Charleston SC   29401 | Phone: 843-402-1557<br>Roper St. Francis Foundation<br>69 Barre Street<br>Charleston SC   29401 | | | $ 10,000.00 |
| 15<br>Atlas Signs, Inc.<br>2850 W. 5th North Street<br>Summerville SC   29483 | Phone: 843-851-1971<br>Atlas Signs, Inc.<br>2850 W. 5th North Street<br>Summerville SC   29483 | | | $ 5,471.30 |
| 16<br>Youth Empowerment Services Inc<br>PO Box 41784<br>Charleston SC   29423 | Phone: 843-767-9969<br>Youth Empowerment Services Inc<br>PO Box 41784<br>Charleston SC   29423 | | | $ 5,000.00 |
| 17<br>Haines and McNeill, LLC<br>800 Johnnie Dodds Blvd.<br>Mount Pleasant SC   29464 | Phone: 843-881-1066<br>Haines and McNeill, LLC<br>800 Johnnie Dodds Blvd.<br>Mount Pleasant SC   29464 | | | $ 2,846.00 |
| 18<br>Dell Financial Services<br>PO Box 5292<br>Carol Stream IL   60197-5292 | Phone: 877-663-3355<br>Dell Financial Services<br>PO Box 5292<br>Carol Stream IL   60197-5292 | | | $ 2,538.96 |
| 19<br>Try Marketing, Inc.<br>PO Box 12355<br>Charlotte NC   28220 | Phone: 843-566-3555<br>Try Marketing, Inc.<br>PO Box 12355<br>Charlotte NC   28220 | | | $ 2,095.00 |

_____,
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 20<br>The Post and Courier<br>134 Columbus Street<br>Dept. #400<br>Charleston SC  29403 | Phone: 843-937-5462<br>The Post and Courier<br>134 Columbus Street<br>Dept. #400<br>Charleston SC  29403 | | | $ 1,650.00 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, _David L. Peter_____, _Manager_____, of the _Limited Liability Company_ named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: 5/17/2010           Signature _[signature]_____
                          Name: _David L. Peter_
                          Title: _Manager_

                          Carolina Park Associates, LLC
                          By: Its Managing Partner
                              Republic-Charleston, LLC

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

The above named debtor, or attorney for the debtor if applicable, does hereby certify that the master mailing list of creditors submitted either on computer diskette or by a typed hardcopy in a scannable format has been compared to, and contains identical information to, the debtor's schedules, statements and lists pursuant to SC LBR 1007-1.

Master mailing list of creditors submitted via:

(a) _____ computer diskette

(b) __X__ scannable hard copy __5__ (number of sheets submitted)

Date: 05/17/2010

Signature _____
R. Geoffrey Levy, Attorney for Debtor
2300 Wayne Street
Columbia, SC  29201
803-256-4693
District Court I.D. Number: 2666

```
AAA INSTALLATION
1000 JOHNNIE DODDS BLVD
SUITE 103
MOUNT PLEASANT   SC   29464


AMERICAN EXPRESS
PO BOX 1270
NEWARK   NJ   07101-1270


AT&T
PO BOX 70529
CHARLOTTE   NC   28272-0529


ATLAS SIGNS   INC
2850 W  5TH NORTH STREET
SUMMERVILLE   SC   29483


BERKELEY ELECTRIC COOPERATIVE
PO BOX 530812
ATLANTA   GA   30353-0812


CAROLINA ONE REAL ESTATE
4390 BELLE OAKS DRIVE
SUITE 100
NORTH CHARLESTON   SC   29405


CAROLINA PARK ASSOCIATES   LLC
C/O REPUBLIC LAND DEVELOPMENT
10340 DEMOCRACY LANE   STE 101
FAIRFAX   VA   22030


CHARLESTON COUNTY TREASURER
101 MEETING STREET
SUITE 240
CHARLESTON   SC   29401


CHARLESTON METRO
PO BOX 975
CHARLESTON   SC   29402-0975
```

```
CSC
PO BOX 13397
PHILADELPHIA  PA  19101-3397


DELAWARE SECRETARY OF STATE
PO BOX 11728
NEWARK  NJ  07101-4728


DELL FINANCIAL SERVICES
PO BOX 5292
CAROL STREAM  IL  60197-5292


EAST COOPER COMMUNITY OUTREACH
1145 SIX MILE RD
MOUNT PLEASANT  SC  29466


HAINES AND MCNEILL  LLC
800 JOHNNIE DODDS BLVD
MOUNT PLEASANT  SC  29464


INTERNAL REVENUE SERVICE
INSOLVENCY GROUP 6 MDP 39
1835 ASSEMBLY STREET
COLUMBIA  SC  29201


JOHNSTON SIGNS  INC
5647 RIVERS AVENUE
CHARLESTON  SC  29406


LAW OFFICE OF JOEL J  GOLDBERG
2916 ALBEMARLE ST  NW
WASHINGTON  DC  20008


MCNAIR LAW FIRM  PA
100 CALHOUN STREET
CHARLESTON  SC  29401


MDC OF CHARLESTON  LLC
155 FLYWAY DRIVE
JOHNS ISLAND  SC  29455
```

```
NATIONAL REGISTERED AGENTS INC
PO BOX 927
PRINCETON JUNCTI  NJ  08550-0927


PALMETTO DEBT HOLDING GROUP
C/O DAVID M  SWANSON  ESQ
PO BOX 340
CHARLESTON  SC  29402-0340


PRINTING ASSOC  OF SUMMERVILLE
120 N  MAGNOLIA STREET
SUMMERVILLE  SC  29483


RAWLE-MURDY ASSOCIATES  INC
PO BOX 1117
CHARLESTON  SC  29402-1117


REPUBLIC CHARLESTON  LLC
10340 DEMOCRACY LANE
FAIRFAX  VA  22030


REPUBLIC LAND DEVELOPMENT  LLC
10340 DEMOCRACY LANE
SUITE 101
FAIRFAX  VA  22030


REPUBLIC-CHARLESTON  LLC
10340 DEMOCRACY LANE
SUITE 101
FAIRFAX  VA  22030


ROPER ST  FRANCIS FOUNDATION
69 BARRE STREET
CHARLESTON  SC  29401


ROPER ST  FRANCIS MT  PLEASANT
HOSPITAL
2095 HENRY TECKLENBURG DRIVE
CHARLESTON  SC  29414
```

```
SC DEPARTMENT OF REVENUE
PO BOX 12265
COLUMBIA   SC   29211


SC EMPLOYMENT SEC COMMISSION
PO BOX 995
COLUMBIA   SC   29202


SEAMON   WHITESIDE & ASSOC INC
501 WANDO PARK BLVD
SUITE 200
MOUNT PLEASANT   SC   29464-7849


SECURITIES & EXCHANGE COMM
3475 LENOX ROAD NE
SUITE 1000
ATLANTA   GA   30326


SITE SIGNATURES   INC
300 CORBET STREET
#200
TARENTUM   PA   15084


STONE CASTING   INC
1708 PINEVIEW ROAD
CHARLESTON   SC   29407


THE GREEN TEAM   LLC
1251 CAROLINA PARK BLVD
MOUNT PLEASANT   SC   29466


THE GREENERY OF CHARLESTON
489 DEANNA LANE
CHARLESTON   SC   29492


THE POST AND COURIER
134 COLUMBUS STREET
DEPT  #400
CHARLESTON   SC   29403
```

```
THE STALEY COMPANY
1285 WATERFRONT DRIVE
MOUNT PLEASANT   SC   29464


TOWN OF MT   PLEASANT   SC
100 ANN EDWARDS LANE
MOUNT PLEASANT   SC   29465


TRY MARKETING   INC
PO BOX 12355
CHARLOTTE   NC   28220


UNITED STATES ATTORNEY
DISTRICT OF SOUTH CAROLINA
1441 MAIN ST   STE   500
COLUMBIA   SC   29201


YOUTH EMPOWERMENT SERVICES INC
PO BOX 41784
CHARLESTON   SC   29423
```