**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number: 10-3524

ORDER EXTENDING TIME TO FILE SCHEDULES, STATEMENTS, AND DOCUMENTS
The relief set forth on the following pages, for a total of 2 pages including this page, is hereby **ORDERED**.

**FILED BY THE COURT**
**05/25/2010**



David R. Duncan
US Bankruptcy Judge
District of South Carolina

Entered: 05/25/2010

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | ) CHAPTER 11 |
| | ) |
| Carolina Park Associates, LLC, a Deleware LLC | ) CASE NO: 10-3524 |
| | ) |
| | ) ORDER EXTENDING TIME TO FILE |
| | ) SCHEDULES, STATEMENTS, AND |
| | ) DOCUMENTS |
| | ) |
| Debtor(s). | ) |
| | ) |

Before the Court is the motion of the debtor(s) for an extension of time in which to file the schedules, statements, or other specified documents set forth in 11 U.S.C. § 521(a)(1) in the above referenced case.

IT IS ORDERED, that the motion is granted and the debtor(s) is/are granted an extension of time until <u>the earlier of</u> -

(1) two (2) business days before the § 341 Meeting of Creditors;

(2) two (2) business days before any hearing on a motion to extend or impose the automatic stay; <u>OR</u>

(3) June 15, 2010

in which to file the schedules, statements, and documents (and in a chapter 13 case, the plan) set forth in 11 U.S.C. § 521(a)(1) as requested in the motion. Failure to file these documents by the extension deadline, as indicated by the Clerk of Court or Trustee assigned to the case, will result in the dismissal of this case.

C-307BR:3/21/06