# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0420–2 | User: brooks | Date Created: 6/17/2010 |
| Case: 10–03524–dd | Form ID: pdf01 | Total: 51 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | US Trustee's Office | USTPRegion04.CO.ECF@usdoj.gov |
| aty | David Brian Wheeler | davidwheeler@mvalaw.com |
| aty | Joseph F. Buzhardt, III | USTPRegion04.CO.ECF@usdoj.gov |
| aty | Julio E. Mendoza, Jr. | rmendoza@nexsenpruet.com |
| aty | R. Geoffrey Levy | llfecf@levylawfirm.org |
| aty | Stanley H. McGuffin | smcguffin@hsblawfirm.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Carolina Park Associates, LLC, a Delaware LLC | c/o Republic Land Development   10340 Democracy Lane   Suite 101   Fairfax, VA 22030 |
| cr | Palmetto Debt Holding Group, LLC | c/o Stanley H. McGuffin, Esq.   Haynsworth Sinkler Boyd, PA   PO Box 11889   Columbia, SC 29201 |
| 541428325 | AAA INSTALLATION   1000 JOHNNIE DODDS BLVD   SUITE 103   MOUNT PLEASANT SC 29464 | |
| 541428326 | AMERICAN EXPRESS   PO BOX 1270   NEWARK NJ 07101–1270 | |
| 541428327 | AT   Attn Bankruptcy   PO Box 769   Arlington TX 76004 | |
| 541428328 | ATLAS SIGNS INC   2850 W 5TH NORTH STREET   SUMMERVILLE SC 29483 | |
| 541428329 | BERKELEY ELECTRIC COOPERATIVE   PO BOX 530812   ATLANTA GA 30353–0812 | |
| 541428330 | CAROLINA ONE REAL ESTATE   4390 BELLE OAKS DRIVE   SUITE 100   NORTH CHARLESTON SC 29405 | |
| 541428331 | CAROLINA PARK ASSOCIATES LLC   C/O REPUBLIC LAND DEVELOPMENT   10340 DEMOCRACY LANE STE 101   FAIRFAX VA 22030 | |
| 541428332 | CHARLESTON COUNTY TREASURER   101 MEETING STREET   SUITE 240   CHARLESTON SC 29401 | |
| 541428333 | CHARLESTON METRO   PO BOX 975   CHARLESTON SC 29402–0975 | |
| 541428334 | CSC   PO BOX 13397   PHILADELPHIA PA 19101–3397 | |
| 541428335 | DELAWARE SECRETARY OF STATE   PO BOX 11728   NEWARK NJ 07101–4728 | |
| 541428336 | DELL FINANCIAL SERVICES   PO BOX 5292   CAROL STREAM IL 60197–5292 | |
| 541428337 | EAST COOPER COMMUNITY OUTREACH   1145 SIX MILE RD   MOUNT PLEASANT SC 29466 | |
| 541428338 | HAINES AND MCNEILL LLC   800 JOHNNIE DODDS BLVD   MOUNT PLEASANT SC 29464 | |
| 541428339 | INTERNAL REVENUE SERVICE   INSOLVENCY GROUP 6 MDP 39   1835 ASSEMBLY STREET   COLUMBIA SC 29201 | |
| 541428340 | JOHNSTON SIGNS INC   5647 RIVERS AVENUE   CHARLESTON SC 29406 | |
| 541428341 | LAW OFFICE OF JOEL J GOLDBERG   2916 ALBEMARLE ST NW   WASHINGTON DC 20008 | |
| 541428342 | MCNAIR LAW FIRM PA   100 CALHOUN STREET   CHARLESTON SC 29401 | |
| 541428343 | MDC OF CHARLESTON LLC   155 FLYWAY DRIVE   JOHNS ISLAND SC 29455 | |
| 541428344 | NATIONAL REGISTERED AGENTS INC   PO BOX 927   PRINCETON JUNCTI NJ 08550–0927 | |
| 541428345 | PALMETTO DEBT HOLDING GROUP   C/O DAVID M SWANSON ESQ   PO BOX 340   CHARLESTON SC 29402–0340 | |
| 541428346 | PRINTING ASSOC OF SUMMERVILLE   120 N MAGNOLIA STREET   SUMMERVILLE SC 29483 | |
| 541451651 | Palmetto Debt Holding Group, LLC   c/o Stanley H. McGuffin   Haynsworth Sinkler Boyd   PO Box 11889   Columbia, SC 29201 | |
| 541428347 | RAWLE–MURDY ASSOCIATES INC   PO BOX 1117   CHARLESTON SC 29402–1117 | |
| 541428348 | REPUBLIC CHARLESTON LLC   10340 DEMOCRACY LANE   FAIRFAX VA 22030 | |
| 541428349 | REPUBLIC LAND DEVELOPMENT LLC   10340 DEMOCRACY LANE   SUITE 101   FAIRFAX VA 22030 | |
| 541428350 | REPUBLIC–CHARLESTON LLC   10340 DEMOCRACY LANE   SUITE 101   FAIRFAX VA 22030 | |
| 541428351 | ROPER ST FRANCIS FOUNDATION   69 BARRE STREET   CHARLESTON SC 29401 | |
| 541428352 | ROPER ST FRANCIS MT PLEASANT   HOSPITAL   2095 HENRY TECKLENBURG DRIVE   CHARLESTON SC 29414 | |
| 541428353 | SC DEPARTMENT OF REVENUE   PO BOX 12265   COLUMBIA SC 29211 | |
| 541428354 | SC EMPLOYMENT SEC COMMISSION   PO BOX 995   COLUMBIA SC 29202 | |
| 541428355 | SEAMON WHITESIDE &ASSOC INC   501 WANDO PARK BLVD   SUITE 200   MOUNT PLEASANT SC 29464–7883 | |
| 541428356 | SECURITIES &EXCHANGE COMM   3475 LENOX ROAD NE   SUITE 1000   ATLANTA GA 30326 | |
| 541428357 | SITE SIGNATURES INC   300 CORBET STREET   #200   TARENTUM PA 15084 | |
| 541428358 | STONE CASTING INC   1708 PINEVIEW ROAD   CHARLESTON SC 29407 | |
| 541428359 | THE GREEN TEAM LLC   1251 CAROLINA PARK BLVD   MOUNT PLEASANT SC 29466 | |
| 541428360 | THE GREENERY OF CHARLESTON   489 DEANNA LANE   CHARLESTON SC 29492 | |
| 541428361 | THE POST AND COURIER   134 COLUMBUS STREET   DEPT #400   CHARLESTON SC 29403–4800 | |
| 541428362 | THE STALEY COMPANY   1285 WATERFRONT DRIVE   MOUNT PLEASANT SC 29464 | |

541428363  TOWN OF MT PLEASANT SC        100 ANN EDWARDS LANE        MOUNT PLEASANT SC 29465
541428364  TRY MARKETING INC        PO BOX 12355        CHARLOTTE NC 28220
541428365  UNITED STATES ATTORNEY        DISTRICT OF SOUTH CAROLINA        1441 MAIN ST STE
500        COLUMBIA SC 29201
541428366  YOUTH EMPOWERMENT SERVICES INC        PO BOX 41784        CHARLESTON SC 29423

TOTAL: 45